# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-8254-RMM
_____

UNITED STATES OF AMERICA

v.

ANTONIO GASPAR-JUAN,

Defendant.
_____ /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____

KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.      1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:      (561) 209-1043
Fax:     (561) 820-8777
Email:   Katie.Wilson2@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

United States of America )
v. )
ANTONIO GASPAR-JUAN, ) Case No.  26-mj-8254-RMM
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2, 2026 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____ Luis Camacho, ICE Deportation Officer _____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __4/6/26__

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____

_____ Ryon M. McCabe, U.S. Magistrate Judge _____
*Printed name and title*

**AFFIDAVIT**
**OF**
**LUIS CAMACHO**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**
**Case No. 26-mj-8254-RMM**

I, Luis Camacho, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States under Title 8 of the United States Code.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Antonio GASPAR-JUAN (defendant GASPAR-JUAN) committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.      On April 2, 2026, the Atlantis Police Department made contact with defendant GASPAR-JUAN during a traffic stop for driving without a license. After defendant GASPAR-JUAN was only able to provide a consulate identification from Guatemala, and a query of the Florida DMV determined he has no valid license issued, the Atlantis Police Department referred defendant GASPAR-JUAN to Immigration and Customs Enforcement who responded to the scene to determine defendant GASPAR-JUAN's immigration status. After determining defendant GASPAR-JUAN had no lawful status within the United States, defendant GASPAR-JUAN was arrested for immigration related charges. He was booked and detained in the custody of Immigration and Customs Enforcement.

4.     A review of the U.S. Department of Homeland Security immigration records (commonly referred to as an "A-File") for defendant GASPAR-JUAN established that Antonio GASPAR-JUAN is a native and citizen of Guatemala. Said records further establish that on or about April 20, 2018, defendant GASPAR-JUAN was ordered removed (deported). The Order of Removal was executed on or about May 16, 2018, whereby defendant GASPAR-JUAN was removed from the United States and returned to Guatemala.

5.     Thereafter, defendant GASPAR-JUAN re-entered into the United States illegally and was removed and returned to Guatemala on or about January 3, 2019.

6.     Records further show that on or about November 2, 2018, in the United States District Court, Southern District of California, defendant GASPAR-JUAN was convicted of the misdemeanor offense of illegal entry, in Case No. 18-mj-22554-RAM.

7.     Defendant GASPAR-JUAN's fingerprints taken in connection with his April 2, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is defendant GASPAR-JUAN.

8.     A record check was performed in the Computer Linked Application Informational Management System ("CLAIMS") to determine if defendant GASPAR-JUAN filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that defendant GASPAR-JUAN obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.     Based on the foregoing, I submit that probable cause exists to believe that, on April 2, 2026, defendant GASPAR-JUAN, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SIGNED
IN MY PRESENCE THIS _6_ DAY OF
APRIL, 2026.

HON. RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:**  Antonio GASPAR-JUAN

**Case No:**  26-mj-8254-RMM

**Count # 1**
**Reentry After Deportation**
**Title 8, United States Code, Section 1326(a)**
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000.00
* **Special Assessment:** $100.00
* **Immigration Consequences of removal (deportation) if convicted**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 26-mj-8254-RMM

### BOND RECOMMENDATION

DEFENDANT: ANTONIO GASPAR-JUAN

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   KATIE WILSON

Last Known Address: _____

_____

_____

What Facility:   _____

_____

Agent(s):   ICE DEPORTATION Officer Luis Camacho

_____

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)